UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-21653-CIV-HIGHSMITH
(Magistrate Judge Patrick A. White)

JEFFREY MARTIN LOPEZ,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER OF DISMISSAL
## ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS CAUSE is before the Court for review of United States Magistrate Judge Patrick A. White's Report and Recommendation (the "R&R") [DE 4] concerning Petitioner's *pro se* motion to vacate pursuant to 28 U.S.C. § 2255. The R&R advises that this Court deny the motion, and the Movant duly filed his objections to the R&R [DE 6].

After a careful de novo review of the R&R, the case file, objections, and the pertinent authorities, the Court concurs with Magistrate Judge White's findings and analysis and hereby ADOPTS the R&R in its entirety. Accordingly, it is ORDERED AND ADJUDGED that the motion to vacate is DENIED and this case is DISMISSED. This case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 11th day of September, 2008.

*[signature]*
SHELBY HIGHSMITH
UNITED STATES DISTRICT JUDGE

cc:    Jeffrey Martin Lopez, *pro se*